UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0594 (HHK) |
| v. ) | |
| ) | |
| JANESE BECHTOL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

DEFENDANT JANESE BECHTOL'S
MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO THE COMPLAINT

Defendant Janese Bechtol[1] ("Defendant"), through counsel and pursuant to 6(b) of the Federal Rules of Civil Procedure, hereby moves the court for an enlargement of time within which to respond to the complaint, up to and including July 24, 2006. In support of this motion, Defendant relies upon the attached memorandum of points and authorities of law.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____
        KIMBERLY MATTHEWS JOHNSON
        Chief, General Litigation Section I
        Bar Number 435163

---

[1] Defendant Janese Bechtol was served in her official capacity only and does not concede personal jurisdiction by filing this motion.

                    _____
                    THERESA A. ROWELL
                    Assistant Attorney General
                    Bar Number 462523
                    Suite 6S087
                    441 Fourth Street, N.W.
                    Washington, D.C. 20001
                    (202) 724-6539
                    (202) 727-3625 (fax)
                    E-mail:  Theresa.Rowell2@dc.gov

Filed electronically this 12th day of June.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS SOBIN )
  )
    Plaintiff, )
  )   Civil Action No. 06-0594 (HHK)
v. )
  )
JANESE BECHTOL, *et al.,* )
  )
    Defendants. )
_____ )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF
TIME TO RESPOND TO THE COMPLAINT**

Defendant Janese Bechtol ("Defendant"), through counsel and pursuant to 6(b) of the Federal Rules, hereby moves the court to enlarge the time to file a response to Plaintiff's Complaint up to and including July 24, 2006. In support of this motion, Defendant states:

1. Dennis Sobin filed the instant complaint on March 30, 2006 against Janese Bechtol, Eric Olson, and Paul Brennan.

2. Plaintiff alleges, *inter alia,* that Janese Bechtol, an employee of the District of Columbia, under color of state law, interfered in plaintiff's access to the courts, violating his constitutional rights.

3. Undersigned counsel is awaiting receipt of additional documents that will enable her to respond to the complaint.

4. No prejudice will occur if the deadline is extended to July 24, 2006, as this is the due date Defendants Olsen, Brennan are to file their answer.

WHEREFORE, for the above-stated reasons, Defendant requests time to file its response to plaintiffs Complaint, up to and including July 24, 2006.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____
        KIMBERLY MATTHEWS JOHNSON
        Chief, General Litigation Section I
        Bar Number 435163

        _____
        THERESA A. ROWELL
        Assistant Attorney General
        Bar Number 462523, Suite 6S050
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6539
        (202) 727-3625 (fax)
        E-mail:  Theresa.Rowell2@dc.gov