**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DENNIS SOBIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 06-0594 (HHK) |
| v. | ) | |
| | ) | |
| JANESE BECHTOL, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**PROPOSED ORDER**

Upon consideration of the Defendant Bechtol's Motion to Dismiss, the response thereto and the record herein, it is by the Court this _____ day of _____, 2006,

ORDERED:    that the Motion is GRANTED; and it is

FURTHER ORDERED:    that the plaintiff's Complaint be DISMISSED WITH PREJUDICE, as to Defendant Bechtol.

_____
JUDGE
United States District Court