UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-0594(HHK) |
| | ) |
| JANESE BECHTOL, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**FEDERAL DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the federal defendants, Eric Olson and Paul Brennan, employees with the Court Services and Offender Supervision Agency, respectfully move for an enlargement of time up to and including August 8, 2006 to answer, move or otherwise respond to plaintiff's complaint. This is the federal defendants' first request for an enlargement for this purpose. The current filing deadline is today, Monday, July 24, 2006. In support of the motion, the federal defendants state the following.

The federal defendants, who have not been properly served, request the enlargement due to the considerable workload demands on their counsel.[1] Notably, for

---

[1] By filing this enlargement, the federal defendants are not waiving any defenses that can be made pursuant to Fed. R. Civ. P. 12(b) or otherwise, including service, jurisdiction, and immunity.

the past two weeks, the undersigned counsel assigned this matter has devoted considerable time to depositions and witness interviews in the case, <u>Fletcher v. U.S. Parole Commission</u>, Civil Action No. 01-601(JDB), and anticipates a similar schedule this week.  Additionally, this week, the undersigned counsel must address discovery related matters in <u>Kaplan v. Gutierrez</u>, Civil Action No. 05-1419(GK), a Rehabilitation Act case, and <u>Ross v. United States</u>, Civil Action No. 04-1286(RBW), a tort suit.  Accordingly, because of these and other work-related demands, the federal defendants' counsel has been  unable to finalize the answer or other response to plaintiff's complaint by the current deadline.  Thus, the federal defendants respectfully request an enlargement to August 8, 2006 to answer, move or otherwise respond to plaintiff's complaint.  A proposed Order accompanies this motion.

Date: July 24, 2006               Respectfully Submitted,


/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

2

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the
 District of Columbia
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on <u>Monday, July 24, 2006</u>, service of the *Federal Defendant's Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System to:

Dennis Sobin
1718 M Street, N.W.
Washington, D.C. 20036

and that service of the same shall be made by first class, postage prepaid mail on Tuesday, July 25, 2006.

/s/ Beverly M. Russell
_____
Beverly M. Russell
Assistant U.S. Attorney