UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENNIS SOBIN,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No.  06-0594(HHK) |
| | ) |
| **JANESE BECHTOL, et al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

UPON CONSIDERATION of the Federal Defendants' Motion for an Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint, any opposition thereto, and for good cause shown, it is by the Court this _____ day of _____ 2006,

ORDERED that the federal defendants' motion shall be and is hereby granted, and thus, the federal defendants shall have up to and including August 8, 2006 to file their response to plaintiff's Complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Dennis Sobin
1718 M Street, N.W.
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the
 District of Columbia, Civil Division
555 Fourth Street, N.W., Rm. E-4915
Washington, D.C.  20530