UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN,<br><br>      Plaintiff<br><br>v.<br><br>JANESE BECHTOL, et al.,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-00594(HHK)<br>)<br>)<br>)<br>) |

**FEDERAL DEFENDANTS' UNOPPOSED, SECOND MOTION
FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the federal defendants, Eric Olson and Paul Brennan, employees with the Court Services and Offender Supervision Agency, respectfully move for an enlargement of time up to and including August 22, 2006 to answer, move or otherwise respond to plaintiff's complaint. The current filing deadline is today, Tuesday, August 8, 2006.[1] This is the federal defendants' second request for an enlargement for this purpose. Pursuant to Local Rule 7(m), the undersigned counsel telephoned plaintiff regarding this nondispositive motion and was informed that plaintiff does not oppose the relief requested herein. In support of the motion, the federal defendants state the following.

The federal defendants' counsel anticipated being able to complete the response in this matter by the current deadline. However, due to other work-related demands this

---

[1] By filing this enlargement, the federal defendants are not waiving any defenses that can be made pursuant to Fed. R. Civ. P. 12(b) or otherwise, including defenses based on service, jurisdiction, and immunity.

week, notably discovery in two separate cases (one involving an ex post facto claim and the other involving the novel issue of whether transgendered individuals are covered by federal anti-discrimination laws), the federal defendants' counsel will not be able to complete the answer or other response in this matter by the current deadline. The federal defendants' counsel also anticipates that considerable time will be taken with depositions in the case involving the ex post facto claim over the next week. Accordingly, because of the work-related demands on their counsel, the federal defendants respectfully move for an enlargement up to and including August 22, 2006 to answer, move or otherwise respond to plaintiff's complaint.

    Respectfully Submitted,

    /s/ Kenneth L. Wainstein /dch
    _____
    KENNETH L. WAINSTEIN, D.C. BAR #451058
    United States Attorney

    /s/ Rudolph Contreras /dch
    _____
    RUDOLPH CONTRERAS, D.C. Bar #434122
    Assistant United States Attorney

    /s/ Beverly M. Russell
    _____
    BEVERLY M. RUSSELL, DC Bar #454257
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia,
     Civil Division
    555 4th Street, N.W., Rm. E-4915
    Washington, D.C.  20530
    Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the *Federal Defendants' Unopposed, Second Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof* was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this <u>8th</u> day of August, 2006 to:

Dennis Sobin
1718 M Street, N.W.
Washington, D.C. 20036

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney