UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-00594(HHK) |
| JANESE BECHTOL, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**FEDERAL DEFENDANTS' UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, the federal defendants, Eric Olson and Paul Brennan, employees with the Court Services and Offender Supervision Agency, respectfully move for an enlargement of time up to and including August 23, 2006 to answer, move or otherwise respond to plaintiff's complaint. The current filing deadline is today, Tuesday, August 22, 2006.[1] Pursuant to Local Rule 7(m), the undersigned counsel telephoned the pro se plaintiff regarding this nondispositive motion and was informed that plaintiff does not oppose the relief requested herein. In support of the motion, the federal defendants state the following.

The federal defendants' counsel anticipates completing defendants' response, i.e., a motion to dismiss, today, August 22, but not in time for supervisory review and filing with the Court. The federal defendants note that their counsel had a filing due yesterday

---

[1] By filing this enlargement, the federal defendants are not waiving any defenses that can be made pursuant to Fed. R. Civ. P. 12(b) or otherwise, including defenses based on service, jurisdiction, and immunity.

in the case, <u>Tereshchuk v. Bureau of Prisons</u>, Civil Action No. 06-1031(RWR) before this Court and a filing on Friday, August 18, 2006 in the case, <u>Dunning v. Quander</u>, No. 06-5167(D.C Cir.), before the District of Columbia Circuit. Additionally, the undersigned counsel was required to address settlement issues in the case, <u>Kaplan v. Gutierrez</u>, Civil Action No. 05-1419(GK) during the latter part of last week which required considerable attention and was time-sensitive. Accordingly, because of these and other work-related demands over the past few days, the federal defendants' counsel will not be able to file their response in this matter by the current deadline. Accordingly, the federal defendants respectfully move for a brief one-day enlargement up to and including August 23, 2006 to respond to plaintiff's complaint.

        Respectfully Submitted,

        /s/ Kenneth L. Wainstein /rcl
        _____
        KENNETH L. WAINSTEIN, D.C. BAR #451058
        United States Attorney

        /s/ Rudolph Contreras /rcl
        _____
        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, DC Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the ***Federal Defendants' Unopposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof*** was made by the Court's Electronic Case Filing System and by first class, postage prepaid mail, this 22nd day of August, 2006 to:

Dennis Sobin
1718 M Street, N.W.
Washington, D.C.  20036


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney