UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-00594(HHK) |
| JANESE BECHTOL, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of the *Federal Defendants' Unopposed Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof*, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the federal defendants shall have up to and including August 23, 2006 to respond to plaintiff's complaint.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Dennis Sobin
1718 M Street, N.W.
Washington, D.C.  20036

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530