UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 06-00594(HHK) |
| JANESE BECHTOL, et al., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

ORDER

This matter comes before the Court on the Federal Defendants' Motion to Dismiss. Upon consideration of the Motion, any opposition thereto, the entire record herein, and for good cause shown, it is by the Court this ____ day of _____, 200__ hereby

ORDERED that this matter, as against defendants Olson and Brennan, is hereby DISMISSED.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies of this Order to:
Dennis Sobin
1718 M Street, N.W., #151
Washington, D.C. 20036

Beverly M. Russell
U.S. Attorney's Office for the District of
  for the District of Columbia
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530

Theresa Ann Rowell
Office of the Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001