In the United States District Court

for the District of Columbia

Dennis Sobin                                         Case No. 1:06-cv-594 (HHK)

    Plaintiff,

    v

Janese Bechtol, et al.

    Defendants.

### Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Two Motions to Dismiss

Plaintiff Dennis Sobin, pro se, requests an enlargement of time to respond to Defendants' Two Motions to Dismiss, and sets forth the following reasons for this request. He was unable to contact the two attorneys involved to determine their position on this motion:

1. Plaintiff is acting pro se and needs additional time to do legal research.

2. Plaintiff is a senior citizen married to another senior citizen, both of whom suffer from health problems. In the last two weeks his wife has been rendered virtually immobile due to a condition that is now being diagnosed. Plaintiff is helping her by taking her to the hospital for testing and assisting her in various tasks.

3. Plaintiff serves on the board of the nonprofit Prisons Foundation, and he has been called upon to prepare remarks for the media for an upcoming Taste of Justice event at the Martin Luther King Memorial Library.

RECEIVED
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Wherefore, Plaintiff respectfully requests a 45-day enlargement of time to respond to the two motions to dismiss submitted by Defendants. He also requests, if possible, the assistance of an attorney appointed by this honorable court.

                                        Respectfully submitted by,

                                        */s/ Dennis Sobin*

                                        Dennis Sobin, Plaintiff, Pro Se

                                        1718 M Street, #151

                                        Washington, DC 20036

                                        202-393-1511

                                        DennisSobin@Yahoo.com

### Certificate of Service

A true copy of this motion was mailed by first class mail to Theresa A. Rowell, Assistant Attorney General, 441 Fourth Street NW, Suite 6S050, Washington, DC 20001 and Beverly M. Russell, Assistant United States Attorney, 555 4th Street, NW, Rm. E-4915, Washington, DC 20530 on this 25th day of August 2006.

                                        _____

                                        Dennis Sobin

In the United States District Court

for the District of Columbia

Dennis Sobin                                                    Case No. 1:06-cv-594 (HHK)

    Plaintiff,

        v

Janese Bechtol, et al.

    Defendants.

## Proposed Order

Upon consideration of Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Two Motions to Dismiss, and any opposition thereto, it is, by the Court, this ____ day of _____ 2006

ORDERED, that Plaintiff's Motion for Enlargement of Time to Respond to Defendants Two Motions to Dismiss should be, and the same hereby is, GRANTED, and it is further

ORDERED, that Plaintiff shall respond to Defendants Motions to Dismiss within 45 days of the date of this order.

                                                                            Judge

Copies to: Theresa A. Rowell, Assistant Attorney General, 441 Fourth Street NW, Suite 6S050, Washington, DC 20001

Beverly M. Russell, Assistant United States Attorney, 555 4th Street, NW, Rm. E-4915, Washington, DC 20530

Dennis Sobin, 1718 M Street, #151, Washington, DC 20036