UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DENNIS SOBIN,**

        Plaintiff,

        v.

**JANESE BECHTOL,** *et al.*,

        Defendants.

Civil Action No. 06-0594 (HHK)

**ORDER**

Before the Court is plaintiff's motion for an extension of time to file his opposition to defendants' dispositive motions and his request for the appointment of pro bono counsel. The Court will grant the extension of time, and deny the motion to appointed counsel.

Because plaintiff has been granted leave to proceed *in forma pauperis*, the Court may appoint an attorney to represent him. *See* 28 U.S.C. §1915(e)(1). In making such a determination, the Court should take into account:

    (i)    the nature and complexity of the action;
    (ii)    the potential merit of the *pro se* party's claims;
    (iii)    the demonstrated inability of the *pro se* party to retain counsel by other means; and
    (iv)    the degree to which the interests of justice will be served by appointment of counsel, including the benefit the Court may derive from the assistance of the appointed counsel.

Local Rule 83.11(b)(3). It is too early in the litigation to determine whether counsel should be appointed, and plaintiff is not entitled as of right to counsel in a civil case. *See Ray v. Robinson*,

1

640 F.2d 474, 477 (3d Cir. 1981). Furthermore, there are not enough members of the Civil Pro Bono Panel to appoint counsel in each case.

It is hereby

ORDERED that plaintiff's motion for an extension of time to file his opposition or other response to defendant Bechtol's motion to dismiss [Dkt. #13] is GRANTED. Plaintiff shall file his opposition by **October 13, 2006**. It is further

ORDERED that plaintiff's motion for appointment of counsel [Dkt. #14] is DENIED WITHOUT PREJUDICE.

SO ORDERED.

/s/
HENRY H. KENNEDY, JR.
United States District Judge

Date: August 29, 2006