UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN,<br><br>            Plaintiff,<br><br>     v.<br><br>JANESE BECHTOL, *et al.*,<br><br>            Defendants. | Civil Action No. 06-0594 (HHK) |

## DISMISSAL ORDER

     Defendant Bechtol filed a motion to dismiss on July 24, 2006, and defendants Olson and Brennan filed a motion to dismiss on August 23, 2006. The Court issued Orders directing plaintiff to file an opposition or other response to each motion by a date certain. Those Orders advised plaintiff that, if he failed to file an opposition or other response by those dates, the Court would treat the motions as conceded. Pursuant to Orders issued on August 29, 2006, plaintiff's oppositions to these motions were due on October 13, 2006. To date, plaintiff neither has filed oppositions nor has requested more time to respond. Accordingly, it is hereby

     ORDERED that defendants' motions to dismiss [Dkt. # 7, 12] are GRANTED as conceded, and that this civil action is DISMISSED WITHOUT PREJUDICE.

     This is a final appealable Order.

     SO ORDERED.

                                                                                        /s/
                                                    HENRY H. KENNEDY, JR.
Date: November 2, 2006                        United States District Judge