In the United States District Court

for the District of Columbia

Dennis Sobin                                           Case No. 1:06-cv-594 (HHK)

    Plaintiff,

    v

Janese Bechtol, et al.

    Defendants.

**Plaintiff's Motion for Reconsideration**

Plaintiff Dennis Sobin, pro se, requests a reconsideration of the Court's Dismissal Order of November 2, 2006, and shows the following:

1. Plaintiff filed a motion for enlargement of time to respond to Defendants' Two Motions to Dismiss on August 25, 2006 (see attached).

2. Plaintiff has no record of the Court responding to this motion.

3. Plaintiff did not receive orders reportedly issued by this Court on August 29 giving him until October 13, 2006 to respond. Independent of this, his request for an extension based on his August 25 motion was not acted upon.

**RECEIVED**

NOV 1 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Page 1

Wherefore, Plaintiff respectfully requests a reconsideration of the court's Dismissal Order of November 2, 2006.

Respectfully submitted by,

Dennis Sobin, Plaintiff, Pro Se

1718 M Street, #151

Washington, DC 20036

202-393-1511

DennisSobin@Yahoo.com

## Certificate of Service

A true copy of this motion was mailed by first class mail to Theresa A, Rowell, Assistant Attorney General, 441 Fourth Street NW, Suite 6S050, Washington, DC 20001 and Beverly M. Russell, Assistant United States Attorney, 555 4th Street, NW, Rm. E-4915, Washington, DC 20530 on this 16th day of November 2006.

Dennis Sobin

In the United States District Court

for the District of Columbia

RECEIVED
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dennis Sobin                                                      Case No. 1:06-cv-594 (HHK)

    Plaintiff,

    v

Janese Bechtol, et al.

    Defendants.

**Plaintiff's Motion for Enlargement of Time to**

**Respond to Defendants' Two Motions to Dismiss**

Plaintiff Dennis Sobin, pro se, requests an enlargement of time to respond to Defendants' Two Motions to Dismiss, and sets forth the following reasons for this request. He was unable to contact the two attorneys involved to determine their position on this motion:

    1. Plaintiff is acting pro se and needs additional time to do legal research.

    2. Plaintiff is a senior citizen married to another senior citizen, both of whom suffer from health problems. In the last two weeks his wife has been rendered virtually immobile due to a condition that is now being diagnosed. Plaintiff is helping her by taking her to the hospital for testing and assisting her in various tasks.

    3. Plaintiff serves on the board of the nonprofit Prisons Foundation, and he has been called upon to prepare remarks for the media for an upcoming Taste of Justice event at the Martin Luther King Memorial Library.

Page 1

Wherefore, Plaintiff respectfully requests a 45-day enlargement of time to respond to the two motions to dismiss submitted by Defendants. He also requests, if possible, the assistance of an attorney appointed by this honorable court.

Respectfully submitted by,

Dennis Sobin, Plaintiff, Pro Se

1718 M Street , #151

Washington, DC 20036

202-393-1511

DennisSobin@Yahoo.com

**Certificate of Service**

A true copy of this motion was mailed by first class mail to Theresa A, Rowell, Assistant Attorney General, 441 Fourth Street NW, Suite 6S050, Washington, DC 20001 and Beverly M. Russell, Assistant United States Attorney, 555 4th Street, NW, Rm. E-4915, Washington, DC 20530 on this 25th day of August 2006.

Dennis Sobin