In the United States District Court

for the District of Columbia

Dennis Sobin                                                              Case No. 1:06-cv-594 (HHK)

    Plaintiff,

        v

Janese Bechtol, et al.

    Defendants.

## Proposed Order

Upon consideration of Plaintiff's Motion for Enlargement of Time to Respond to Defendants' Two Motions to Dismiss, and any opposition thereto, it is, by the Court, this ____ day of _____ 2006

ORDERED, that Plaintiff's Motion for Enlargement of Time to Respond to Defendants Two Motions to Dismiss should be, and the same hereby is, GRANTED, and it is further

ORDERED, that Plaintiff shall respond to Defendants Motions to Dismiss within 45 days of the date of this order.

_____

Judge

Copies to: Theresa A. Rowell, Assistant Attorney General, 441 Fourth Street NW, Suite 6S050, Washington, DC 20001

Beverly M. Russell, Assistant United States Attorney, 555 4th Street, NW, Rm. E-4915, Washington, DC 20530

Dennis Sobin, 1718 M Street, #151, Washington, DC 20036