UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 06-0594 (HHK) |
| v. ) | |
| ) | |
| JANESE BECHTOL, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANT JANESE BECHTOL'S
MEMORANDUM OF POINT AND AUTHORITIES IN OPPOSITION TO
PLAINTIFF'S MOTION FOR RECONSIDERATION**

*Procedural Process*

Plaintiff filed the instant lawsuit against Janese Bechtol, Eric Olson, and Paul Brennan, on March 30, 2006, alleging that he was denied access to the courts. Docket #1, Complaint, Count I. Defendant responded by filing a Motion to Dismiss the Complaint on July 24, 2006. Docket #7. On July 27, 2006, the Court ordered plaintiff to respond to Defendant's motion to dismiss by August 25, 2006. Docket #9. Plaintiff filed a Motion for Extension of Time to File a Response on August 25, 2006. Docket #13. The Court granted plaintiff's motion, giving plaintiff until October 13, 2006 to respond to Defendant's motion. Docket #15. Plaintiff did not respond and on November 2, 2006, the Court entered an order granting as conceded Defendant's Motion to Dismiss. Docket #17. Plaintiff thereafter filed the instant motion for reconsideration on November 26, 2006, contending that he did not receive the Court's orders extending his time to answer until October 13, 2006.

*Argument*

Defendant Janese Bechtol ("Defendant") opposes Plaintiff's Motion for Reconsideration of the Court's Dismissal Order of November 2, 2006, because notwithstanding plaintiff's allegations that he did not receive orders issued by this Court granting him additional time to respond to Defendant's Motion to Dismiss, reinstating the Complaint would waste judicial resources. Plaintiff does not proffer any arguments in his motion which would defeat Defendant's Motion to Dismiss. Therefore, the dismissal of the complaint should stand.

Plaintiff filed suit against Defendant Bechtol in her capacity as a prosecutor for the District of Columbia Attorney General's Office in Washington, D.C. It is well settled in this jurisdiction that a suit against Defendant in her official capacity is treated as a suit against the District of Columbia. *See Kentucky v. Graham,* 473 U.S. 159, 166 (1985). Moreover, Defendant Bechtol, in her capacity as an Assistant Attorney General with the Office of the Attorney General, is entitled to immunity. The Supreme Court specifically concluded that prosecutors acting within the scope of their duties in initiating and pursuing a criminal prosecution and in presenting the state's case are absolutely immune from a civil suit for damages for alleged deprivations of the defendant's constitutional rights under 42 U.S.C. § 1983. *See Imbler v. Pachtman*, 424 U.S. 409, 427 (1976). By plaintiff's own admission, Defendant Bechtol was performing her duties as an Assistant Attorney General at all times alleged in the complaint. Complaint at ¶ 2. Accordingly, plaintiff's complaint lacks merit and should remain dismissed.

WHEREFORE, for the above-stated reasons, Defendant Bechtol requests the Court to deny plaintiff's motion for reconsideration.

        Respectfully submitted,

        EUGENE A. ADAMS
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        _____/s/_____
        KIMBERLY MATTHEWS JOHNSON
        Chief, General Litigation Section I
        Bar Number 435163

        _____/s/_____
        THERESA A. ROWELL
        Assistant Attorney General
        Bar Number 462523
        Suite 6S087
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 724-6539
        (202) 727-3625 (fax)
Filed 11/30/06        E-mail: Theresa.Rowell2@dc.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this __30___ day of November, 2006, that a copy of the foregoing Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Reconsideration were mailed postage prepaid to:

        Dennis Sobin
        1718 M Street, #151
        Washington, D.C. 20036

        _____
        Theresa A. Rowell
        Assistant Corporation Counsel