UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS SOBIN,<br><br>    Plaintiff,<br><br> v.<br><br>JANESE BECHTOL, *et al.*,<br><br>    Defendants. | Civil Action No. 06-0594 (HHK) |

## ORDER

On November 2, 2006, the Court issued an Order granting defendants' motions to dismiss as conceded and dismissing this civil action for plaintiff failure to file his oppositions timely. Upon consideration of plaintiff's motion for reconsideration of the dismissal order and defendant Bechtol's opposition thereto, it is hereby

ORDERED that plaintiff's motion for reconsideration [Dkt. #18] is DENIED.

SO ORDERED.

              /s/
            HENRY H. KENNEDY, JR.
            United States District Judge

Date: December 1, 2006